UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH DINGLER, #0998964, | § § § § § § § § § § | |
| *Plaintiff,* | | |
| | | Civil Action No. 3:24-CV-1785-X (BT) |
| v. | | |
| FNU LNU, | | |
| *Defendant.* | | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 3.) Plaintiff Joseph Dingler filed an objection. Plaintiff argues the document he submitted to the Court was not a complaint and that the proposed findings, conclusions, and recommendations misconstrue his submission as such. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 28th day of AUGUST 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE